IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01935-BNB

DANIEL SCHAAL,

    Plaintiff,

v.

EL PASO COUNTY SHERIFFS C.J.C.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Daniel Schaal, is an inmate at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. Mr. Schaal has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. The court must construe the complaint liberally because Mr. Schaal is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Schaal will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is deficient because it is not clear who Mr. Schaal intends to sue in this action. Mr. Schaal lists only one Defendant in the caption of the complaint and that Defendant is named as El Paso County Sheriffs C.J.C. However, in Section A of the complaint, the section that describes the parties to the action, Mr. Schaal states that "all were working as deputies

during time of incidents." (Prisoner Compl. at 2.) Therefore, it is not clear whether Mr. Schaal intends to sue one entity named as El Paso County Sheriffs C.J.C., or whether he intends to sue a number of deputy sheriffs at the El Paso County Criminal Justice Center. Based on the claims asserted in the complaint, it appears that Mr. Schaal intends to sue a number of individual deputy sheriffs. If so, each individual deputy sheriff to be sued must be named in the caption, *see* Fed. R. Civ. P. 10(a) ("[i]n the complaint the title of the action shall include the names of all the parties"), and each individual deputy sheriff to be sued must be listed by name in Section A of the complaint form.

Therefore, Mr. Schaal will be ordered to file an amended complaint to clarify who he is suing in this action. Mr. Schaal is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." ***Conn v. Gabbert***, 526 U.S. 286, 290 (1999). Therefore, Mr. Schaal should name as Defendants only those persons he believes actually violated his constitutional rights. Furthermore, in order for Mr. Schaal to state a claim for relief, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Schaal file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Schaal, together

2

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Schaal fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED October 1, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01935-BNB

Daniel L. Schaal
Prisoner No. 00109485
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 10/1/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk