IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01935-BNB

DANIEL L. SCHAAL,
    Plaintiff,

v.

JASON HESS,
DEPUTY GOMEZ,
DEPUTIES LITTAU AND PITT,
FRAN LePAGE,
DEPUTY SEKOWSKI,
DEPUTY GILLESPIE,
DEPUTIES TOBINSON AND WITT, and
DEPUTY MOTT C.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2007

GREGORY C. LANGHAM
    CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Daniel L. Schaal, is incarcerated at the El Paso County Detention Facility in Colorado Springs, Colorado. Mr. Schaal initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On October 1, 2007, the court ordered Mr. Schaal to file an amended complaint that clarifies who he is suing in this action. On October 16, 2007, Mr. Schaal filed an amended complaint.

The court must construe the amended complaint liberally because Mr. Schaal is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Schaal will be ordered to file a second amended complaint.

The court has reviewed Mr. Schaal's amended complaint and finds that, although Mr. Schaal has made a good-faith effort to clarify who he is suing in this action, the amended complaint remains deficient. First, Mr. Schaal has violated the court's local rules. Pursuant to Rule 10.1J of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[p]arties shall be listed in a caption with one party per line." Mr. Schaal does not list each named Defendant on a separate line. In addition, Mr. Schaal lists two Defendants in Section A of the amended complaint, the section that describes the parties to the action, who are not listed anywhere in the caption of the amended complaint.

In addition, the claims Mr. Schaal asserts in the amended complaint are not entirely clear. Mr. Schaal lists what appear to be ten separate claims for relief against the various Defendants in Section C of the amended complaint, the section that describes the nature of the case. Then, in Section D of the amended complaint, Mr. Schaal asserts nine numbered claims for relief that are similar to, but do not completely correspond with, the ten claims asserted in Section C of the amended complaint. Furthermore, the nine numbered claims for relief in Section D of the amended complaint are not all asserted against any specific Defendant or Defendants. As a result, Mr. Schaal fails to set forth a short and plain statement of his claims showing that he is entitled to relief. *See* Fed. R. Civ. P. 8(a).

For these reasons, Mr. Schaal will be directed to file a second amended complaint. The second amended complaint must comply with the court's local rules and the pleading requirements of Rule 8. Mr. Schaal is reminded that, in order to state a claim in federal court, his second amended "complaint must explain what each

defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Schaal also is advised that it is his responsibility to present his claims in a manageable format that allows the court and the Defendants to know what claims are being asserted and to be able to respond to those claims. Mr. Schaal is not required to set forth two versions of his claims in Sections C and D of the court's Prisoner Complaint form. The purpose of Section C of the complaint form is to provide a brief background of the general nature of the complaint. The specific claims for relief and the specific factual allegations in support of those claims should be set forth in Section D of the complaint form. Accordingly, it is

ORDERED that Mr. Schaal file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Schaal, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Schaal fails to file an original and sufficient copies of a second amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED October 25, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01935-BNB

Daniel L. Schaal
Prisoner No. 00109485
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 10/26/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk