IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01935-BNB

DANIEL L. SCHAAL,
        Plaintiff,

v.

JASON HESS,
DEPUTY GOMEZ,
DEPUTIES LITTAU AND PITT,
FRAN LePAGE,
DEPUTY SEKOWSKI,
DEPUTY GILLESPIE,
DEPUTIES TOBINSON AND WITT, and
DEPUTY MOTT C.,
        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff Daniel L. Schaal was incarcerated at the El Paso County Detention Facility in Colorado Springs, Colorado, when he initiated this action. On November 28, 2007, Mr. Schaal filed a notice stating that he has been transferred into the custody of the Colorado Department of Corrections.

Mr. Schaal initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On October 1, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Schaal to file an amended complaint that clarifies who he is suing. On October 16, 2007, Mr. Schaal filed an amended complaint. On October 25, 2007, Magistrate Judge Boland ordered Mr. Schaal to file a second amended complaint because the amended complaint failed to comply with the Court's local rules as well as the pleading

requirements of Rule 8 of the Federal Rules of Civil Procedure. On October 31, 2007, Mr. Schaal filed a second amended complaint.

The Court must construe the second amended complaint liberally because Mr. Schaal is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the second amended complaint is held to standards less stringent than those governing a formal pleading drafted by lawyers. **See id.** However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110.

The Court has reviewed the second amended complaint filed in this action. The second amended complaint is identical to the amended complaint filed on October 16. As such, the second amended complaint does not correct any of the deficiencies identified by Magistrate Judge Boland in his October 25 order. The Court agrees that the amended complaint and the second amended complaint violate the Court's local rules and do not comply with the pleading requirements of Rule 8 as discussed by Magistrate Judge Boland in his October 25 order. Accordingly, it is

ORDERED that the complaint, the amended complaint, the second amended complaint, and the action are dismissed without prejudice.

DATED at Denver, Colorado, this 5 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01935-BNB

Daniel L. Schaal
Prisoner No. 00109485
El Paso County Det. Facility
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/10/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk